No. 92-8913. HEARN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92-361. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES v. GUTIERREZ. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92-1241. OWENS-ILLINOIS, INC. v. POOL ET AL. Ct. App. Tex., 6th Dist. Motion of Continental Casualty Co. for leave to file a brief as *amicus curiae* granted. Certiorari denied. ■

No. 92-9100 (A-960). HARRIS v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.

No. 93-5005 (A-7). STEVENS v. ZANT, WARDEN. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 93-5006 (A-6). STEVENS v. ZANT, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 93-5007 (A-8). DUFF-SMITH v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 91-1030. WITHROW v. WILLIAMS, 507 U. S. 680;

No. 92-259. OKLAHOMA TAX COMMISSION v. SAC AND FOX NATION, 508 U. S. 114;

No. 92-1512. MONROE AUTO EQUIPMENT CO. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICUL-